FILED
CHARLOTTE, NC
JUN 16 2010
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CURTIS WATSON
Petitioner

v.   Case No. 3:09-CR-00047-FDW

UNITED STATES OF AMERICA
Respondent
_____/

PRO SE NOTICE OF APPEAL

**Now Comes,** the Petitioner Curtis Watson, (hereinafter the Petitioner), pro se by and through this information, respectfully moves and requests this most Honorable Court to appeal his sentence on July 21, 2009, by the Honorable JUdge Frank D. Whitney.

Therefore, Petitioner respectfully requests that the following reliefs be granted:

Remove counsel of record for the foregoing reasons. Mr. Peter Crane Anderson, sentencing counsel failed to file a Notice of Appeal when requested by the Petitioner. Estes v. United States, 2007 U.S. Dist. LEXIS 98527 (4th Cir. 2007). Attorney Anderson did not communicate with Petitioner after sentencing nor has provided the Petitioner any information of submission of requested filing of Notice of Appeal.

Counsel failed to subject the prosecution to meaningful adversary challenge. Davis v. Alaska, 415 U.S. 308(1974). It is clear from the Petitioner's perspective that this attorney did not submit his Notice of Appeal as it pertains to the Criminal Justice Act and Petitioner's right to appeal his sentence showing a clear Ineffective Assistance of Counsel.

2) Order counsel to turn over to the Petitioner the entire file of the case.

3) Appoint counsel in this cause of action, and Petitioner further avers, than in any situation where the facts have to be marshaled and arguments have to be made in aid of the court's sentencing decision, the Sixth Amendment requires the assistance of counsel.

**WHEREFORE,** Petitioner respectfully requests that his Pro Se Notice of Appeal and appointment of counsel be GRANTED.

On this June 4, 2010.

Respectfully Submitted

Curtis Watson
Reg. No. 09946-001
Federal Satellite Low
2650 Highway 301 South
Jesup, GA  31599

## CERTIFICATE OF SERVICE

I, Curtis Watson, Pro-Se, hereby certify that I have served a copy of the foregoing Pro Se Notice of Appeal, Motion for Leave to Proceed in Forma Pauperis and Petitioner's Affidavit in Support of Petitioner's Request to Proceed in Forma Pauperis upon Clerk of the Court, United States District Court, Western District of North Carolina, 401 Trade St., Rm. 230, Charlotte North Carolina, 28202, by mailing a copy of the same via United States Mail, First Class postage paid, Certified Mail # 7009 1410 0000 5689 6978.

Done so on this 11th day of June 8, 2010.

*Curtis Watson*
Curtis Watson
Reg. No. 09964-001